UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE | : | CHAPTER 13 | |
| Gavin L. Minor | : | | |
| | : | CASE NO. 09-63238 | |
| | : | | |
| | : | | |
| DEBTOR(S), | : | JUDGE HOFFMAN | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorney for the Debtor states that all correspondence regarding this case should be forwarded to the following address, effective immediately:

6649 Christopher Park Lane
Canal Winchester, OH 43110

Dated: December 22, 2014

*/s/Tad A. Semons*
Tad A. Semons #0069743
Attorney for Debtor
85 E. Gay St.,Ste. 508
Columbus, OH 43215
614-228-1930
tsemons@sbcglobal.net